**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Andrew N Giunta | Social Security number or ITIN  xxx−xx−0975 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Victoria L Giunta | Social Security number or ITIN  xxx−xx−9134 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   13−29958−CMG

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew N Giunta
aka Armando N Giunta

Victoria L Giunta

5/24/18

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-29958-CMG
Andrew N Giunta                                                         Chapter 13
Victoria L Giunta
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 6              Date Rcvd: May 24, 2018
                              Form ID: 3180W           Total Noticed: 185

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
```
db/jdb         Andrew N Giunta,    Victoria L Giunta,    PO Box 5281,    Phillipsburg, NJ  08865-5281
cr            +Fifth Third Bank,    PO BOX 9013,    Addison, TX 75001-9013
514206193     +American Express,    PO Box 84058,    Columbus, GA 31908-4058
514206185     +American Express,    PO Box 642,    Lanham, MD 20703-0642
514206197      Amex Dsnb,    911 Duke Blvd,    Mason, OH 45040
514206209      Bank of America,    PO Box 220411,    Greensboro, NC 27420
514206210     +Becket and Lee, LLP,    PO Box 35480,    Newark, NJ 07193-5480
514206223     +Cardmember Services,    PO Box 6352,    Fargo, ND 58126-0001
514206222     +Cardmember Services,    PO Box 150278,    Atlanta, GA 30315-0184
514206226     +Chase,    3415 Vision Drive,    Columbus, OH 43219-6009
514206235     +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
514206246     +Chase Bankcard Center,    P0 Box 29022,    Phoenix, AZ 85038-9022
514206249     +Chase Home Finance,    P0 Box 961227,    Fort Worth, TX 76161-0227
514206250      Chase Home Finance, L.L.C.,    341 S. Vision Drive,    Columbus, OH 43219
514206251     +Chase Home Finance, LLC,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
514206252     +Chase Home Mortgage,    P0 Box 24696,    Columbus, OH 43224-0696
514206253     +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
514206255      Chase Manhattan Mortgage,    PO Box 830016,    Baltimore, MD 21283
514206256     +Chase Manhattan Mortgage,    3415 Vision Drive,    Attn: Bankruptcy Department,
                Columbus, OH 43219-6009
514206254     +Chase Manhattan Mortgage,    10790 Rancho Bernardo Rd.,    San Diego, CA 92127-5705
514206273     +DFS,    PO Box 71084,    Charlotte, NC 28272-1084
514206291    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     5050 Kingsley Drive,    Cincinnati, OH 45263)
514256429     +Fifth Third Bank,    9441 LBJ Freeway #350,    Dallas, TX 75243-4652
514206298     +First TN BK / EDFNCL Services,    101 W Broadway Avenue,    Maryville, TN 37801-4716
514206292     +First Tennessee Bank,    P0 Box 1469,    Knoxville, TN 37901-1469
514206295     +First Tennessee Bank,    165 Madison Avenue,    Memphis, TN 38103-2723
514206293     +First Tennessee Bank,    PO Box 2351,    Memphis, TN 38101-2351
514206294     +First Tennessee Bank,    101 W Broadway Avenue,    Maryville, TN 37801-4716
514258314     +First Tennessee Bank National Association,    c/o Mattleman Weinroth & Miller, PC,
                401 Route 70 East,    Cherry Hill, NJ 08034-2410
514206299      GE Money Bank,    PO Box 98143,    El Paso, TX 79998
514457674      JPMorgan Chase Bank, National Assoc.,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code LA4-5555, 700 Kansas Lane,    Monroe, LA  71203
514456579     +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Mail Code: OH4-7142,
                Columbus, OH 43219-6009
514206325     +Lord and Taylor,    PO Box 22060,    Tempe, AZ 85285-2060
514206328      Lord and Taylor,    PO Box 94873,    Cleveland, OH 44101-4873
514206342      Macy's,    P0 Box 90096,    West Chester, OH 45071
514206334      Macy's,    PO Box 8108,    Mason, OH 45040
514206347      Macy's Visa,    PO Box 90098,    West Chester, OH 45071
514206349      Macy's/ GCCCC,    PO Box 29116,    Mission, KS 66201
514206350     +Pier One,    9111 Duke Blvd.,    Mason, OH 45040-8999
514206355     +Resurgent,    PO Box 1410,    Troy, MI 48099-1410
514206378    #+Tsys Total Debt Management , Inc.,    PO Box 6700,    Norcross, GA 30091-6700
514206388      WFFNB,    200 W. Schrock Road,    Westerville, OH 43081
514206379     +Wells Fargo Bank,    Attn: National Asset Recovery,    PO Box 701,    Chesterfield, MO 63006-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 23:55:33     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 23:55:28     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514206190     +EDI: AMEREXPR.COM May 25 2018 03:18:00     American Express,    PO Box 981537,
               El Paso, TX 79998-1537
514206188     +EDI: AMEREXPR.COM May 25 2018 03:18:00     American Express,    P0 Box 360002,
               Fort Lauderdale, FL 33336-0002
514206182     +EDI: AMEREXPR.COM May 25 2018 03:18:00     American Express,    Po Box 297871,
               Fort Lauderdale, FL 33329-7871
514206194     +EDI: AMEREXPR.COM May 25 2018 03:18:00     American Express,    PO Box 3600002,
               Fort Lauderdale, FL 33336-0001
514206183      EDI: AMEREXPR.COM May 25 2018 03:18:00     American Express,    PO Box 297812,
               Ft. Lauderdale, FL 33329-7812
514206186      EDI: AMEREXPR.COM May 25 2018 03:18:00     American Express,    PO Box 7871,
               Fort Lauderdale, FL 33329
514206196     +EDI: BECKLEE.COM May 25 2018 03:18:00     American Express,    Attn: Becket & Lee,    PO Box 3001,
               Malvern, PA 19355-0701
514206179     +EDI: BECKLEE.COM May 25 2018 03:18:00     American Express,    P0 Box 3001,
               16 General Warren Blvd,    Malvern, PA 19355-1245
```

```
District/off: 0312-3          User: admin               Page 2 of 6              Date Rcvd: May 24, 2018
                              Form ID: 3180W            Total Noticed: 185


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514206184      EDI: AMEREXPR.COM May 25 2018 03:18:00      American Express,    PO Box 1270,
               Newark, NJ 07101-1270
514206187     +EDI: AMEREXPR.COM May 25 2018 03:18:00      American Express,    777 American Expressway,
               Fort Lauderdale, FL 33337-0001
514318526      EDI: BECKLEE.COM May 25 2018 03:18:00       American Express Centurion Bank,
               c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514206198     +EDI: BECKLEE.COM May 25 2018 03:18:00       Amex/American Express,    P0 Box 3001,
               16 General Warren Blvd,    Malvern, PA 19355-1245
514206199     +EDI: AMEREXPR.COM May 25 2018 03:18:00      Amex/American Express,    Po Box 297871,
               Fort Lauderdale, FL 33329-7871
514206201      EDI: BANKAMER.COM May 25 2018 03:18:00      Bank Of America,    Attention: Recovery Department,
               4161 Peidmont Parkway,    Greensboro, NC 27410
514206202      EDI: BANKAMER.COM May 25 2018 03:18:00      Bank Of America,    Po Box 982235,
               El Paso, TX 79998
514206208     +EDI: BANKAMER.COM May 25 2018 03:18:00      Bank of America,    Attn: Recovery Department,
               PO Box 2278,    Norfolk, VA 23501-2278
514206207     +EDI: BANKAMER.COM May 25 2018 03:18:00      Bank of America,    PO Box 30770,
               Tampa, FL 33630-3770
514206203      EDI: BANKAMER.COM May 25 2018 03:18:00      Bank of America,    PO Box 53132,
               Phoenix, AZ 85072-3132
514206206      EDI: BANKAMER.COM May 25 2018 03:18:00      Bank of America,    Credit Card Services,
               PO Box 1070,    Newark, NJ 07101
514206204      EDI: BANKAMER.COM May 25 2018 03:18:00      Bank of America,    PO Box 2278,
               Norfolk, VA 23501-2278
514206205     +EDI: BANKAMER.COM May 25 2018 03:18:00      Bank of America,    PO Box 2493,
               Norfolk, VA 23501-2493
514206211      EDI: CAPITALONE.COM May 25 2018 03:18:00     Capital 1 Bank,    Po Box 85520,
               Richmond, VA 23285
514206213      EDI: CAPITALONE.COM May 25 2018 03:18:00     Capital One,    PO Box 85015,
               Richmond, VA 23285-5015
514206267      EDI: CITICORP.COM May 25 2018 03:18:00      Citicards,    7920 NW 110th Street,
               Kansas City, MO 64153
514206215     +EDI: CAPITALONE.COM May 25 2018 03:18:00     Capital One,    PO Box 85147,
               Richmond, VA 23276-0001
514206214      EDI: CAPITALONE.COM May 25 2018 03:18:00     Capital One,    PO Box 85547,
               Richmond, VA 23285-5547
514206212     +EDI: CAPITALONE.COM May 25 2018 03:18:00     Capital One,    PO Box 85617,
               Richmond, VA 23285-5617
514206216     +EDI: CAPITALONE.COM May 25 2018 03:18:00     Capital One,    1957 Westmoreland Rd.,
               Richmond, VA 23276-0001
514206217     +EDI: CAPITALONE.COM May 25 2018 03:18:00     Capital One Bank,    Attn: Bankruptcy Dept.,
               P0 Box 30285,    Salt Lake City, UT 84130-0285
514206218      EDI: HFC.COM May 25 2018 03:18:00       Cardmember Services,    PO Box 21550,    Tulsa, OK 74121
514206219     +EDI: CHASE.COM May 25 2018 03:18:00       Cardmember Services,    PO Box 15153,
               Wilmington, DE 19886-5153
514206220      EDI: CHASE.COM May 25 2018 03:18:00       Cardmember Services,    P0 Box 8650,
               Wilmington, DE 19899
514206225     +EDI: CHASE.COM May 25 2018 03:18:00       Cardmembers Services,    PO Box 15325,
               Wilmington, DE 19886-5325
514206227     +EDI: CHASE.COM May 25 2018 03:18:00       Chase Bank,    Attn:Bankruptcy Dept,    P0 Box 15298,
               Wilmington, DE 19850-5298
514206234     +EDI: CHASE.COM May 25 2018 03:18:00       Chase Bank,    PO Box 94014,    Palatine, IL 60094-4014
514206231      EDI: CHASE.COM May 25 2018 03:18:00       Chase Bank,    P0 Box 15129,    Wilmington, DE 19850
514206244     +EDI: CHASE.COM May 25 2018 03:18:00       Chase Bank,    PO Box 15148,    Wilmington, DE 19850-5148
514206232     +EDI: CHASE.COM May 25 2018 03:18:00       Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
514206228     +EDI: CHASE.COM May 25 2018 03:18:00       Chase Bank,    P0 Box 15298,    Wilmington, DE 19850-5298
514206230      EDI: CHASE.COM May 25 2018 03:18:00       Chase Bank,    PO Box 15583,    Wilmington, DE 19886-1194
514206233     +EDI: CHASE.COM May 25 2018 03:18:00       Chase Bank,    PO Box 15650,    Wilmington, DE 19886-0001
514206247      EDI: CHASE.COM May 25 2018 03:18:00       Chase Bankcard Services,    PO Box 30755,
               Tampa, FL 33630-3755
514206258     +EDI: CHASE.COM May 25 2018 03:18:00       Chase Mht Bk,    Po Box 15298,
               Wilmington, DE 19850-5298
514206239      EDI: CHASE.COM May 25 2018 03:18:00       Chase bank,    PO Box 280180,    Baton Rouge, LA 70826
514206259     +EDI: CHASE.COM May 25 2018 03:18:00       Chase-Pier1,    Chase Card Services,    P0 Box 15298,
               Wilmington, DE 19850-5298
514206260     +EDI: CHASE.COM May 25 2018 03:18:00       Chase-pier1,    Po Box 15298,
               Wilmington, DE 19850-5298
514206265     +EDI: SEARS.COM May 25 2018 03:18:00       Citibank,    PO Box 91600,    Albuquerque, NM 87199-1600
514206261     +EDI: CITICORP.COM May 25 2018 03:18:00      Citibank,    PO Box 6500,
               Sioux Falls, SD 57117-6500
514206263      EDI: CITICORP.COM May 25 2018 03:18:00      Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
514206262     +EDI: CITICORP.COM May 25 2018 03:18:00      Citibank,    PO Box 6062,
               Sioux Falls, SD 57117-6062
514206264      EDI: CITICORP.COM May 25 2018 03:18:00      Citibank,    PO Box 6077,
               Sioux Falls, SD 57117-6077
514206266     +EDI: CITICORP.COM May 25 2018 03:18:00      Citicards,    PO Box 6500,
               Sioux Falls, SD 57117-6500
```

```
District/off: 0312-3                  User: admin                    Page 3 of 6                    Date Rcvd: May 24, 2018
                                      Form ID: 3180W                 Total Noticed: 185


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514206268      +EDI: WFNNB.COM May 25 2018 03:18:00      Comenity Bank/Bon Ton,    3100 Easton Square Place,
                Columbus, OH 43219-6232
514206270      +EDI: WFNNB.COM May 25 2018 03:18:00      Comenity Bank/Pier 1,    4590 E Broad Street,
                Columbus, OH 43213-1301
514206272       EDI: RCSDELL.COM May 25 2018 03:18:00      DFS,   PO Box 4125,    Carol Stream, IL 60197-4125
514206274       EDI: RCSDELL.COM May 25 2018 03:18:00      DFS Acceptance,    PO Box 6403,
                Carol Stream, IL 60197
514206281       EDI: DISCOVER.COM May 25 2018 03:18:00      Discover,    PO Box 15251,    Wilmington, DE 19886
514206276       EDI: DISCOVER.COM May 25 2018 03:18:00      Discover,    PO Box 29064,    Phoenix, AZ 85062-2903
514206280       EDI: DISCOVER.COM May 25 2018 03:18:00      Discover,    PO Box 3008,    New Albany, OH 43054
514206279       EDI: DISCOVER.COM May 25 2018 03:18:00      Discover,    PO Box 30952,    Salt Lake City, UT 84130
514206282       EDI: DISCOVER.COM May 25 2018 03:18:00      Discover,    PO Box 30957,    Salt Lake City, UT 84130
514206277       EDI: DISCOVER.COM May 25 2018 03:18:00      Discover,    PO Box 6013,    Dover, DE 19903-6013
514206286       EDI: DISCOVER.COM May 25 2018 03:18:00      Discover Financial Services Llc,    P0 Box 15316,
                Wilmington, DE 19850
514231255      +EDI: TSYS2.COM May 25 2018 03:18:00      Department Stores National Bank/Macys,
                Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
514206284       EDI: DISCOVER.COM May 25 2018 03:18:00      Discover,    PO Box 30399,    Salt Lake City, UT 84130
514206275       EDI: DISCOVER.COM May 25 2018 03:18:00      Discover,    P.O. Box 6011,    Dover, DE 19903-6011
514206278       EDI: DISCOVER.COM May 25 2018 03:18:00      Discover,    PO Box 5019,    Sandy, UT 84091-5019
514217767       EDI: DISCOVER.COM May 25 2018 03:18:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
514206287      +EDI: TSYS2.COM May 25 2018 03:18:00      Dsnb Macys,    P0 Box 8218,    Mason, OH 45040-8218
514206290      +E-mail/Text: collectionbankruptcies.bancorp@53.com May 24 2018 23:56:13       Fifth Third Bank,
                C/O Bankruptcy Department,    1850 East Paris,    Grand Rapids, MI 49546-6210
514206289      +E-mail/Text: collectionbankruptcies.bancorp@53.com May 24 2018 23:56:13       Fifth Third Bank,
                Fifth Third Bank Bankruptcy Department,    1830 East Paris Avenue,
                Grand Rapids, MI 49546-6253
514206302      +EDI: RMSC.COM May 25 2018 03:18:00      GE Money Bank,    P0 Box 960061,    Orlando, FL 32896-0061
514206301      +EDI: RMSC.COM May 25 2018 03:18:00      GE Money Bank,    PO Box 981064,    El Paso, TX 79998-1064
514206300       EDI: RMSC.COM May 25 2018 03:18:00      GE Money Bank,    P0 Box 960061,    Dayton, FL 32896
514206309       EDI: RMSC.COM May 25 2018 03:18:00      GEMB,    PO Box 103101,    Roswell, GA 30076
514206310      +EDI: RMSC.COM May 25 2018 03:18:00      GEMB,    PO Box 530942,    Atlanta, GA 30353-0942
514206311       EDI: RMSC.COM May 25 2018 03:18:00      GEMB,    PO Box 960001,    Orlando, FL 32896-0001
514206314      +EDI: RMSC.COM May 25 2018 03:18:00      GEMB,    PO Box 960035,    Orlando, FL 32896-0035
514206308      +EDI: RMSC.COM May 25 2018 03:18:00      GEMB,    PO Box 981400,    El Paso, TX 79998-1400
514206305      +EDI: RMSC.COM May 25 2018 03:18:00      Ge Money Bank,    PO Box 103104,    Roswell, GA 30076-9104
514206306      +EDI: RMSC.COM May 25 2018 03:18:00      Gecrb/Care Credit,    Attn: bankruptcy,    P0 Box 103104,
                Roswell, GA 30076-9104
514206307      +EDI: RMSC.COM May 25 2018 03:18:00      Gecrb/Care Credit,    950 Forrer Blvd,
                Kettering, OH 45420-1469
514206317       EDI: HFC.COM May 25 2018 03:18:00      HRS,   PO Box 4144,    Carol Stream, IL 60197-4144
514206319       EDI: HFC.COM May 25 2018 03:18:00      HRS,   PO Box 17298,    Baltimore, MD 21297-1298
514206318       EDI: HFC.COM May 25 2018 03:18:00      HRS,   PO Box 703,    Wood Dale, IL 60191-0703
514206320       EDI: HFC.COM May 25 2018 03:18:00      HSBC,   PO Box 5244,    Carol Stream, IL 60197-5244
514206321       EDI: HFC.COM May 25 2018 03:18:00      HSBC,   PO Box 98706,    Las Vegas, NV 89193-8706
514206322       EDI: HFC.COM May 25 2018 03:18:00      HSBC,   PO Box 17051,    Baltimore, MD 21297-1051
514206316      +EDI: HFC.COM May 25 2018 03:18:00      Household Bank,    PO Box 98706,
                Las Vegas, NV 89193-8706
514206315       EDI: HFC.COM May 25 2018 03:18:00      Household Bank,    PO Box 88000,
                Baltimore, MD 21288-0001
514206323      +EDI: HFC.COM May 25 2018 03:18:00      Hsbc,   Attn: Bankruptcy,    PO Box 5253,
                Carol Stream, IL 60197-5253
514206324      +EDI: HFC.COM May 25 2018 03:18:00      Hsbc Bank,    P0 Box 30253,
                Salt Lake City, UT 84130-0253
514206328       EDI: MAYSTORES.COM May 25 2018 03:18:00      Lord and Taylor,    PO Box 94873,
                Cleveland, OH 44101-4873
514206327       EDI: RMSC.COM May 25 2018 03:18:00      Lord and Taylor,    PO Box 960035,
                Orlando, FL 32896-0035
514206330       EDI: TSYS2.COM May 25 2018 03:18:00      Macy Premier Visa,    PO Box 90096,
                West Chester, OH 45071
514206333      +EDI: TSYS2.COM May 25 2018 03:18:00      Macy's,    4605 Duke Blvd.,    Mason, OH 45040-9410
514206341      +EDI: TSYS2.COM May 25 2018 03:18:00      Macy's,    PO Box 4563,    Carol Stream, IL 60197-4563
514206332       EDI: TSYS2.COM May 25 2018 03:18:00      Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
514206340       EDI: TSYS2.COM May 25 2018 03:18:00      Macy's,    PO Box 8058,    Mason, OH 45040-8058
514206338      +EDI: TSYS2.COM May 25 2018 03:18:00      Macy's,    PO Box 8067,    Mason, OH 45040-8067
514206335      +EDI: TSYS2.COM May 25 2018 03:18:00      Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
514206346      +EDI: TSYS2.COM May 25 2018 03:18:00      Macy's Visa,    P0 Box 745012,
                Cincinnati, OH 45274-5012
514206348      +EDI: TSYS2.COM May 25 2018 03:18:00      Macy's Visa,    Bankruptcy,    6356 Corley Road,
                Norcross, GA 30071-1704
514447204       EDI: PRA.COM May 25 2018 03:18:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
                POB 41067,    Norfolk VA 23541
514456525       EDI: PRA.COM May 25 2018 03:18:00      Portfolio Recovery Associates, LLC,
                c/o Chase Bank Usa, N.a.,    POB 41067,    Norfolk VA 23541
514206351       EDI: CHASE.COM May 25 2018 03:18:00      Pier One,    PO Box 8037,    Mason, OH 45040
514206353      +EDI: CHASE.COM May 25 2018 03:18:00      Pier One Imports,    PO Box 745011,
                Cincinnati, OH 45274-0001
```

```
District/off: 0312-3            User: admin             Page 4 of 6              Date Rcvd: May 24, 2018
                                Form ID: 3180W          Total Noticed: 185


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514305015         EDI: Q3G.COM May 25 2018 03:19:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
514206357        +EDI: RESURGENT.COM May 25 2018 03:18:00      Resurgent Capital,    15 S Main Street,    Suite 600,
                 Greenville, SC 29601-2768
514206356        +EDI: RESURGENT.COM May 25 2018 03:18:00      Resurgent Capital,    PO Box 10587,
                 Greenville, SC 29603-0587
514206358        +EDI: SEARS.COM May 25 2018 03:18:00      Sears,   P0 Box 6924,    The Lakes, NV 88901-6924
514206360         EDI: SEARS.COM May 25 2018 03:18:00      Sears,   PO Box 182459,    Columbus, OH 43218
514206359        +EDI: SEARS.COM May 25 2018 03:18:00      Sears,   PO Box 3671,    Des Moines, IA 50323-0671
514206361        +EDI: SEARS.COM May 25 2018 03:18:00      Sears Credit Card,    PO Box 183081,
                 Columbus, OH 43218-3081
514206362        +EDI: SEARS.COM May 25 2018 03:18:00      Sears Credit Card,    PO Box 183082,
                 Columbus, OH 43218-3082
514206363        +EDI: SEARS.COM May 25 2018 03:18:00      Sears Credit Cards,    PO Box 183081,
                 Columbus, OH 43218-3081
514206364        +EDI: SEARS.COM May 25 2018 03:18:00      Sears Gold Mastercard,    PO Box 6922,
                 The Lakes, NV 88901-6922
514206366        +EDI: SEARS.COM May 25 2018 03:18:00      Sears/cbna,    P0 Box 6282,    Sioux Falls, SD 57117-6282
514206373         EDI: TDBANKNORTH.COM May 25 2018 03:18:00      TD Bank,    PO Box 8400,    Lewiston, ME 04243
514206374         EDI: TDBANKNORTH.COM May 25 2018 03:18:00      TD Banknorth,    Operations Center,    P0 Box 1377,
                 Lewiston, ME 04243
514206377         EDI: TDBANKNORTH.COM May 25 2018 03:18:00      TD Card Services,    PO Box 2580,
                 Cherry Hill, NJ 08034
514206376         EDI: TDBANKNORTH.COM May 25 2018 03:18:00      Td Banknorth Maine,    32 Chestnut St,
                 Lewiston, ME 04240
514206375         EDI: TDBANKNORTH.COM May 25 2018 03:18:00      Td Banknorth Maine,    Td Bank/Attn: Bankruptcy,
                 P0 Box 1377,    Lewiston, ME 04243
514206367        +EDI: WTRRNBANK.COM May 25 2018 03:18:00      Target,    P0 Box 59317,
                 Minneapolis, MN 55459-0317
514206368        +EDI: WTRRNBANK.COM May 25 2018 03:18:00      Target,    3901 West 53rd St.,
                 Sioux Falls, SD 57106-4221
514206369         EDI: WTRRNBANK.COM May 25 2018 03:18:00      Target,    Attn: Retailers National Bank,
                 PO Box 59231,    Minneapolis, MN 55459-0231
514206371         EDI: WTRRNBANK.COM May 25 2018 03:18:00      Target Credit Services,    Retailers National Bank,
                 PO Box 1581,    Minneapolis, MN 55440-1581
514206372        +EDI: WTRRNBANK.COM May 25 2018 03:18:00      Target National Bank,    PO Box 59317,
                 Minneapolis, MN 55459-0317
514206387        +EDI: WFNNB.COM May 25 2018 03:18:00      WFFNB,    PO Box 182122,    Columbus, OH 43218-2122
514206386        +EDI: WFNNB.COM May 25 2018 03:18:00      WFFNB,    PO Box 182125,    Columbus, OH 43218-2125
514206380         EDI: WFFC.COM May 25 2018 03:18:00      Wells Fargo Bank,    PO Box 1225,
                 Charlotte, NC 28201-1225
514206381         EDI: WFFC.COM May 25 2018 03:18:00      Wells Fargo Card Services,    PO Box 10347,
                 Des Moines, IA 50306-0347
514206382        +EDI: WFFC.COM May 25 2018 03:18:00      Wells Fargo Card Services,    PO Box 6412,
                 Carol Stream, IL 60197-6412
514206384        +EDI: WFFC.COM May 25 2018 03:18:00      Wells Fargo Financial,    PO Box 98784,
                 Las Vegas, NV 89193-8784
514206383        +EDI: WFFC.COM May 25 2018 03:18:00      Wells Fargo Financial,    PO Box 5943,
                 Sioux Falls, SD 57117-5943
514206391        +EDI: WFNNB.COM May 25 2018 03:18:00      Wfnnb,    PO Box 182128,    Columbus, OH 43218-2128
514206393        +EDI: WFNNB.COM May 25 2018 03:18:00      World Financial Network Bank,    PO Box 659562,
                 San Antonio, TX 78265-9584
514206392         EDI: WFNNB.COM May 25 2018 03:18:00      World Financial Network Bank,    PO Box 659584,
                 San Antonio, TX 78265-9584
514206394        +EDI: WFNNB.COM May 25 2018 03:18:00      World Financial Network Bank,    220 W. Schrock Road,
                 Westerville, OH 43081-2873
514206396         EDI: WFNNB.COM May 25 2018 03:18:00      World Financial Network National Bank,    PO Box 182125,
                 Columbus, OH 43218-2125
514206397        +EDI: WFNNB.COM May 25 2018 03:18:00      World Financial Network National Bank,    PO Box 182363,
                 Columbus, OH 43218-2363
                                                                                                TOTAL: 143

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514206189*       +American Express,    P0 Box 360002,    Fort Lauderdale, FL 33336-0002
514206192*       +American Express,    P0 Box 360002,    Fort Lauderdale, FL 33336-0002
514206191*       +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
514206181*       +American Express,    P0 Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
514206180*       +American Express,    P0 Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
514206195*       +American Express,    PO Box 642,    Lanham, MD 20703-0642
514318527*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514206200*       +Amex/American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
514206221*       +Cardmember Services,    P0 Box 15153,    Wilmington, DE 19886-5153
514206224*        Cardmember Services,    P0 Box 8650,    Wilmington, DE 19899
514206238*       +Chase Bank,    PO Box 94014,    Palatine, IL 60094-4014
514206243*       +Chase Bank,    PO Box 94014,    Palatine, IL 60094-4014
514206242*       +Chase Bank,    P0 Box 15153,    Wilmington, DE 19886-5153
514206237*       +Chase Bank,    P0 Box 15153,    Wilmington, DE 19886-5153
514206229*       +Chase Bank,    P0 Box 15298,    Wilmington, DE 19850-5298
```

```
District/off: 0312-3                  User: admin                    Page 5 of 6                     Date Rcvd: May 24, 2018
                                      Form ID: 3180W                 Total Noticed: 185


          ***** BYPASSED RECIPIENTS (continued) *****
514206236*          Chase Bank,    PO Box 15583,      Wilmington, DE 19886-1194
514206240*          Chase Bank,    PO Box 15583,      Wilmington, DE 19886-1194
514206241*         +Chase Bank,    PO Box 15650,      Wilmington, DE 19886-0001
514206245*         +Chase Bank,    PO Box 659732,     San Antonio, TX 78265-9732
514206248*          Chase Bankcard Services, Inc.,    PO Box 30755,     Tampa, FL 33630-3755
514206257*         +Chase Manhattan Mortgage,    10790 Rancho Bernardo Rd.,    San Diego, CA 92127-5705
514206269*         +Comenity Bank/Bon Ton,    3100 Easton Square Place,    Columbus, OH 43219-6232
514206271*         +Comenity Bank/Pier 1,    4590 E Broad Street,    Columbus, OH 43213-1301
514206285*        ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                  (address filed with court: Discover,     PO Box 3008,    New Albany, OH 43054)
514206283*          Discover,    P.O. Box 6011,    Dover, DE 19903-6011
514206288*         +Dsnb Macys,    P0 Box 8218,    Mason, OH 45040-8218
514206296*         +First Tennessee Bank,    101 W Broadway Avenue,    Maryville, TN 37801-4716
514206297*         +First Tennessee Bank Inc.,    165 Madison Avenue,    Memphis, TN 38103-2723
514206303*         +GE Money Bank,    PO Box 960061,    Orlando, FL 32896-0061
514206304*          GE Money Bank,    PO Box 98143,    El Paso, TX 79998
514206313*          GEMB,    PO Box 103101,    Roswell, GA 30076
514206312*         +GEMB,    PO Box 981400,    El Paso, TX 79998-1400
514206326*         +Lord and Taylor,    PO Box 22060,    Tempe, AZ 85285-2060
514206329*          Lord and Taylor,    PO Box 960035,    Orlando, FL 32896-0035
514206331*          Macy Premier Visa,    PO Box 90096,    West Chester, OH 45071
514206336*          Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
514206343*          Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
514206344*         +Macy's,    PO Box 8067,    Mason, OH 45040-8067
514206337*          Macy's,    PO Box 8108,    Mason, OH 45040
514206339*         +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
514206345*         +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
514206352*         +Pier One,    9111 Duke Blvd.,    Mason, OH 45040-8999
514206354*         +Pier One Imports,    PO Box 745011,    Cincinnati, OH 45274-0001
514206365*         +Sears Gold Mastercard,    PO Box 6922,    The Lakes, NV 88901-6922
514206370*         +Target,    P0 Box 59317,    Minneapolis, MN 55459-0317
514206389*         +WFFNB,    PO Box 182122,    Columbus, OH 43218-2122
514206390*         +WFFNB,    PO Box 182125,    Columbus, OH 43218-2125
514206385*         +Wells Fargo Financial,    PO Box 98784,    Las Vegas, NV 89193-8784
514206395*          World Financial Network Bank,    PO Box 659584,    San Antonio, TX 78265-9584
                                                                                                  TOTALS: 0, * 49, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure     on behalf of Creditor    Fifth Third Bank NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Herbert B. Raymond     on behalf of Debtor Andrew N Giunta bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Herbert B. Raymond     on behalf of Joint Debtor Victoria L Giunta bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
```

```
District/off: 0312-3          User: admin              Page 6 of 6              Date Rcvd: May 24, 2018
                              Form ID: 3180W           Total Noticed: 185
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        William M. E. Powers, III   on behalf of Creditor   JPMorgan Chase Bank, National Association
         ecf@powerskirn.com
        William M.E. Powers   on behalf of Creditor   JPMorgan Chase Bank, National Association
         ecf@powerskirn.com
        William M.E. Powers, III   on behalf of Creditor   JPMorgan Chase Bank, National Association
         ecf@powerskirn.com

                                                                                                          TOTAL: 8