Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–29958–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew N Giunta                                   Victoria L Giunta
aka Armando N Giunta                              PO Box 5281
PO Box 5281                                       Phillipsburg, NJ 08865–5281
Phillipsburg, NJ 08865–5281

Social Security No.:
 xxx–xx–0975                                      xxx–xx–9134

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 26, 2018                  Christine M. Gravelle
                                      Judge, United States Bankruptcy Court